[No. 69623-8-I.  Division One.  June 16, 2014.]

DAVID CHRISTMAN ET AL., *Appellants*, v. EASTGATE THEATRE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-28634-7, Jay V. White, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Trickey, JJ.

[No. 69802-8-I.  Division One.  June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WESLEY JACKSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07884-8, Michael Hayden, J., entered December 12, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Cox and Trickey, JJ.

[No. 70066-9-I.  Division One.  June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ROBERT CULVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01691-3, Julie A. Spector, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 70141-0-I.  Division One.  June 16, 2014.]

JEFFREY CONNELL ET AL., *Appellants*, v. THE CITY OF BOTHELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-17110-6, Douglass A. North, J., entered March 4, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Leach, JJ.